IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**KIMOTHY WASHINGTON**                                                          **PLAINTIFF**

**V.**                                           **CIVIL ACTION NO: 1:25-CV-226-LG-BWR**

**MISSISSIPPI POWER COMPANY**                                    **DEFENDANT**

### NOTICE OF SERVICE OF DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS

TO:    Louis H. Watson, Jr.
          Jane Ashley Watson
          The Watson Law Firm, PLLC
          1501 Jackson, Ave. W
          Ste 113 PMB 101
          Oxford, Mississippi 38655
          Telephone: (601) 968-0000
          Facsimile: (601) 968-0010
          Email: louis@thewatsonlawfirm.com
          Email: jane@thewatsonlawfirm.com

        **NOTICE IS HEREBY** given that Defendant Mississippi Power Company has served its Responses to Plaintiff's First Set of Discovery Requests.

        Date: January 16, 2026.

                                                        Respectfully submitted,

                                                        s/ *Ashley Eley Cannady*
                                                        Ashley Eley Cannady (MSB 101253)
                                                        Claire D. Williams (MSB 106001)
                                                        BALCH & BINGHAM LLP
                                                        188 East Capitol Street, Suite 1400
                                                        Jackson, MS 39201
                                                        Telephone: (601) 961-9900
                                                        Fax: (866) 230-9968
                                                        acannady@balch.com
                                                        cdwilliams@balch.com

                                                        **ATTORNEYS FOR MISSISSIPPI POWER COMPANY**

25529321.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing pleading or other paper with the Court using the ECF system, which sent notification of such filing to counsel of record. This the 16th day of January, 2026.

s/ *Ashley Eley Cannady*
Ashley Eley Cannady

25529321.1